# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATIE CAPPUCCIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE UNIVERSITY, FULLERTON, and DAVID FORGUES, in his individual capacity and office capacity as Vice President of Human Resources,<br><br>　　　　Defendants. | Case No. 8:23-cv-02026-FWS-DFM<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S *EX PARTE* APPLICATION FOR RELIEF FROM THE COURT'S ORDER GRANTING DEFENDAN'S MOTION FOR LEAVE TO AMEND (DKT. 68), OR, IN THE ALTERNATIVE, AN ORDER RE-OPENING DISCOVERY AND MODIFYING THE SCHEDULING ORDER (DKT. 58, 63)**<br><br>Judge:　　　Hon. Fred W. Slaughter<br>Crtrm.:　　Santa Ana, 10D<br>Magistrate:　Douglas F. McCormick<br>Crtrm:　　　Santa Ana, 6B |

**HAVING CONSIDERED THE PAPERS AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

　　1.　　The Court's order granting Defendant's Motion for Leave to Amend the Answer (Dkt. 68) is VACATED.

　　2.　　The hearing on Defendant's Motion for Leave to Amend the Answer (Dkt. 60) is re-set for _____, at _____ a.m. / p.m.

---

1

**PLAINTIFF'S *EX PARTE* APPLICATION – PROPOSED ORDER**

3. Defendant is to file its Reply to Plaintiff's Opposition on or before _____;

3. The Scheduling Order is modified as follows:

    a. Non-expert discovery is re-opened and the cut-off date is set for: _____;

    b. Expert discovery cut-off date is continued from January 9, 2025 to _____;

    c. The last date to hear motions is continued from February 13, 2025 to _____;

    d. The Settlement Conference is continued from February 27, 2025 to _____;

    e. The deadline to file Motions in Limine is continued from April 3, 2025 to _____;

    f. The deadline to file Joint Proposed Final Statement is continued from 10, 2025 to _____;

    g. Jury Trial is continued from June 24, 2025 to _____.

_____
Hon. District Court Judge Fred W. Slaughter