NICOLE C. PEARSON (SBN 265350)
**YODER DREHER PEARSON LLP**
5319 University Drive #503
Irvine, CA 92612
Telephone: (949) 200-9170

Attorney for Plaintiff KATIE CAPPUCCIO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATIE CAPPUCCIO,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE UNIVERSITY, FULLERTON, and DAVID FORGUES, in his individual capacity and office capacity as Vice President of Human Resources,<br><br>    Defendants. | Case No. 8:23-cv-02026-FWS-DFM<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT OF DEFENDANT CALIFORNIA STATE UNIVERSITY**<br><br>Judge:    Hon. Fred W. Slaughter<br>Crtrm.:   Santa Ana, 10D<br>Magistrate: Douglas F. McCormick<br>Crtrm:    Santa Ana, 6B<br><br>**Hearing:**<br>Date: March 20, 2025<br>Time: 10:00 a.m. |

## REQUEST FOR JUDICIAL NOTICE

As provided by Federal Rule of Evidence 201, and in connection with her Opposition to the Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, of Defendant the Board of Trustees of the California State University ("CSU"), Plaintiff Katie Cappuccio, by and through her attorneys of record, hereby requests that the Court take judicial notice of the following Centers for Disease control publication:

1  **Exhibit A:** "Museum of COVID Timeline," *CDC Museum COVID-19 Timeline | David J. Sencer CDC Museum* (https://www.cdc.gov/museum/timeline/covid19.html) [downloaded February 11, 2025 and last visited February 13, 2025].

## POINTS AND AUTHORITIES

The Court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably by questioned." Fed. R. Evid. 201(b). "The Court . . . must take judicial notice if a party requests it and the court is supplied with the necessary information." *Id*. 201(c)(2). **Exhibit A** is located on the Center for Disease Control's official website. It is an official publication by an official federal government agency, and the one that was specifically charged with the tracking and monitoring of the COVID-19 pandemic. The contents of **Exhibit A** are generally known within this Court's territorial jurisdiction, and can accurately and readily be determined from sources whose accuracy cannot be reasonably questioned, namely other government agency reports, orders, and guidance; scientific and medical reports; scientific and medical journals; and media coverage of the pandemic. Evid. 201(a)(1), (2). This is specifically true of the two pages that were referenced in the deposition of John Beisner, Director of Risk Manager and Compliance on February 11, 2025 (Exh. 69), **pages 27 and 29**, discussing "breakthrough COVID-19 cases" in June and July 2021. The Morbidity and Mortality Weekly Report (MMWR) report referenced in the highlighted sections "showing high viral loads in people infected with the Delta variant of COVID-19 suggest a concern that, unlike with other variants, vaccinated people infected with Delta can transmit the virus to others" **was "the most wildly circulated report in the agency's history**." (*See* Exhibit A, p. 29). The contents of this timeline are generally known and can readily be determined.

Defendant has also had the opportunity to review and object to **Exbibit A,** as it was introduced as Exhibit 69 in the deposition of Mr. Forgues, and is receiving timely notice of this request.

For these reasons, Ms. Cappuccio respectfully asks the Court to take judicial notice of **Exhibit A** for the purpose of deciding Plaintiff's Opposition to CSU's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

Dated: February 13, 2025     YODER DREHER PEARSON, LLP

By: _____
NICOLE PEARSON
Attorney for Plaintiff KATIE CAPPUCCIO

## CERTIFICATE OF SERVICE

 I hereby certify that on February 14, 2025, a copy of the foregoing document, filed through the ECF system, will be served on all parties as provided by the Notice of Electronic Filing (NEF).

              */s/ Nicole C. Pearson*
              Nicole C. Pearson