NICOLE C. PEARSON (SBN 265350)
npearson@ydplaw.com
**YODER DREHER PEARSON, LLP**
5319 University Drive, Ste. 503
Irvine, Calif. 92612
Telephone: (949) 200-9170

Attorney for Plaintiff KATIE CAPPUCCIO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATIE CAPPUCCIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE UNIVERSITY, FULLERTON, and DAVID FORGUES, in his individual capacity and office capacity as Vice President of Human Resources,<br><br>　　　　Defendants. | Case No. 8:23-cv-2026-FWS-DFM<br><br>**DECLARATION OF NICOLE C. PEARSON IN SUPPORT OF PLAINTIFF'S SURREPLY IN SUPPORT OF HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Judge:　　　Hon. Fred W. Slaughter<br>Crtrm.:　　　Santa Ana, 10D<br>Magistrate:　Douglas F. McCormick<br>Crtrm:　　　Santa Ana, 6B<br><br>**Hearing:**<br>Date: March 27, 2025<br>Time: 10:00 a.m. |

## DECLARATION OF NICOLE C. PEARSON

I, Nicole C. Pearson, declare as follows:

1.  I am over 18 years of age and I am an attorney with Yoder Dreher Pearson LLP, attorneys of record for Plaintiff KATIE CAPPUCCIO ("Plaintiff") in the above-entitled matter, and am licensed to practice before this Court. I have personal knowledge of the following facts and, if called as a witness, could and would

1. testify competently thereto. This declaration is submitted in support of Plaintiff's Surreply to the Reply of Defendant CALIFORNIA STATE UNIVERSITY ("CSU" or "Defendant") and her Opposition to Defendant's Motion for Summary Judgment or, in the Alternative, Summary Judgment. ("Motion").

2. On March 6, 2025, I caused to be filed on behalf of Plaintiff a Surreply in response to Defendant's Reply, and in support of her Opposition to Defendant's Motion. (Dkt. 87). ("Surreply"). As part of the Surreply, I clarified and completed various excerpts from the depositions of Ms. Cappuccio (Plaintiff), Dr. Forgues, and Lt. Mullaney. While these excerpts are presented in connection with Defendant's MSJ and Reply, and Plaintiff's Opposition, for sake of clarity, and for the Court's ease of reference, by way of this declaration, I am attaching the **complete** excerpts of each deponent's testimony that was relied upon.

3. Attached hereto as **Exhibit 55** is a true and correct copy of selected, annotated potions of the deposition testimony of Katie Cappuccio, taken on December 11, 2024, cited to – albeit it incompletely – in Defendant's Motion and Reply, and in Plaintiff's Surreply.

4. Attached hereto as **Exhibit 71** is a true and correct copy of selected, annotated potions of the deposition testimony of Lieutenant Robert Mullaney, taken on February 12, 2025, cited to – albeit it incompletely – in Defendant's Motion and Reply, and in Plaintiff's Surreply.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 20, 2025 in Newport Beach, California.

_____
Nicole C. Pearson

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2025, a true copy of the foregoing Memorandum of Law in Opposition to Defendants' Motion to Dismiss was filed and served via the Court's CM/ECF electronic system on all parties of record.

_____
Nicole C. Pearson