# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 23-02026-FWS (DFMx) | Date | March 27, 2025 |
|---|---|---|---|
| Title | Katie Cappuccio v. California State University, Fullerton | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Nicole Pearson | Heather Davis |

**PROCEEDINGS:** DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT [78]

   Motion hearing held. The Court hears oral argument from the parties. The Court takes the Motion under submission. Order to issue.

                                                                : 43

                                    Initials of Deputy Clerk    rrp

cc: