CORRIE J. KLEKOWSKI (SBN 251338)
corrie.klekowski@quarles.com
HEATHER C. DAVIS (SBN 307850)
heather.davis@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (incorrectly sued as "CALIFORNIA STATE UNIVERSITY FULLERTON") and DAVID FORGUES

NICOLE C. PEARSON (SBN 265350)
npearson@ydplaw.com
**YODER DREHER PEARSON, LLP**
5319 University Drive, Ste. 503
Irvine, CA 92612
Telephone: (949) 200 9170

Attorneys for Plaintiff Katie Cappuccio

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATIE CAPPUCCIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE UNIVERSITY, FULLERTON, and DAVID FORGUES, in his individual capacity and office capacity as Vice President of Human Resources,<br><br>　　　　Defendants. | Case No. 8:23-cv-02026-FWS-DFM<br><br>**JOINT STATUS REPORT REGARDING MANDATORY SETTLEMENT CONFERENCE**<br><br>Judge:　　　Hon. Fred W. Slaughter<br>Crtrm.:　　　Santa Ana, 10D<br>Magistrate:　Douglas F. McCormick<br>Crtrm:　　　Santa Ana, 6B<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

Plaintiff Katie Cappuccio ("Plaintiff") and Defendant the Board of Trustees of the California State University ("CSU") (hereinafter collectively referred to as "Parties") submit the following joint status report to comply with the Court's March 28, 2025 order requiring the parties to attend an in-person settlement conference ("MSC") by May 23, 2025 and to inform the Court of the date of the MSC by April 18, 2025.  Dkt. 92.

The Parties have been meeting and conferring regarding available dates for the MSC since March 31, 2025.

On April 2, 2025, the parties reached out to Magistrate Judge McCormick's Courtroom Deputy with available dates for the MSC, including May 16.

In response, the Courtroom Deputy for Magistrate Judge McCormick advised that he was available that day, but had criminal duty, and provided alternate dates.

The Parties further met and conferred and agreed that they preferred to attend an MSC on a date that Judge McCormick does not have criminal duty, but have not been able to find a date before May 23 on which all necessary parties can attend, and during which Magistrate Judge McCormick does not also have criminal duty. As a result, they further met and conferred and agreed to attend an MSC on May 16 or June 2, even if Magistrate Judge McCormick has criminal duty those days.

On April 18, the Parties informed the court that they are available May 16 or June 2 for the MSC, regardless of Magistrate Judge McCormick's criminal duty. In response, the court advised that the Courtroom Deputy handling his schedule is out of office today (April 18, 2025) and expected to return on April 22, 2025, and that she would respond thereafter.

The Parties expect to receive confirmation of their MSC date on Monday, April 22, 2025, or shortly thereafter and agree to provide the Court with additional notice of the confirmed date once they receive it.

/ / /

/ / /

2

JOINT STATUS REPORT REGARDING MANDATORY SETTLEMENT CONFERENCE

| | | |
|---|---|---|
| Dated:  April 18, 2025 | | QUARLES & BRADY LLP |
| | | |
| | By: | */s/ Heather C. Davis* |
| | | CORRIE J. KLEKOWSKI |
| | | HEATHER C. DAVIS |
| | | Attorneys for Defendant THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (incorrectly sued as "CALIFORNIA STATE UNIVERSITY FULLERTON") and DAVID FORGUES |
| Dated:  April 18, 2025 | | YODER DREHER PEARSON, LLP |
| | By: | */s/ Nicole C. Pearson* |
| | | NICOLE C. PEARSON |
| | | Attorneys for Plaintiff Katie Cappuccio |

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Nicole Pearson, counsel for Plaintiff Katie Cappuccio, and that my office has obtained Ms. Pearson's authorization to affix her electronic signature to this document.

Dated: April 18, 2025            QUARLES & BRADY LLP

                                 By:     */s/ Heather C. Davis*
                                     CORRIE J. KLEKOWSKI
                                     HEATHER C. DAVIS
                                     Attorneys for Defendant The Board of Trustees of the California State University (erroneously sued as "California State University, Fullerton")