CORRIE J. KLEKOWSKI (SBN 251338)
corrie.klekowski@quarles.com
HEATHER C. DAVIS (SBN 307850)
heather.davis@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (incorrectly sued as "CALIFORNIA STATE UNIVERSITY FULLERTON") and DAVID FORGUES

NICOLE C. PEARSON (SBN 265350)
nicole@FLTJllp.com
**FACTS LAW TRUTH JUSTICE, A.P.C.**
5319 University Drive, Ste. 503
Irvine, CA 92612
Telephone: (949) 200 9170

Attorneys for Plaintiff Katie Cappuccio

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATIE CAPPUCCIO,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE UNIVERSITY, FULLERTON, and DAVID FORGUES, in his individual capacity and office capacity as Vice President of Human Resources,<br><br>    Defendants. | Case No. 8:23-cv-02026-FWS-DFM<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br>Pretrial Conf.: July 17, 2025<br>Time: 8:30 a.m.<br>Trial: August 19, 2025<br><br>Judge: Hon. Fred W. Slaughter<br>Crtrm.: Santa Ana, 10D<br>Magistrate: Douglas F. McCormick<br>Crtrm: Santa Ana, 6B<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

---

JOINT STATUS REPORT REGARDING SETTLEMENT

Plaintiff Katie Cappuccio ("Plaintiff") and Defendant the Board of Trustees of the California State University ("CSU") (hereinafter collectively referred to as "Parties") submit the following joint status report regarding settlement:

The Parties attended a Mandatory Settlement Conference with Magistrate Judge McCormick on May 16, 2025. The Parties were unable to reach a settlement agreement regarding the remaining claims in this action at that time.

The Parties subsequently discussed settlement, but their respective settlement positions appear to be too far apart at this time.

Dated: June 18, 2025          QUARLES & BRADY LLP

By: ___*/s/ Heather C. Davis*___
CORRIE J. KLEKOWSKI
HEATHER C. DAVIS
Attorneys for Defendant THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (incorrectly sued as "CALIFORNIA STATE UNIVERSITY FULLERTON") and DAVID FORGUES

Dated: June 18, 2025          FACTS LAW TRUTH JUSTICE, APC

By: ___*/s/ Nicole C. Pearson*___
NICOLE C. PEARSON
Attorneys for Plaintiff Katie Cappuccio

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Nicole Pearson, counsel for Plaintiff Katie Cappuccio, and that my office has obtained Ms. Pearson's authorization to affix her electronic signature to this document.

Dated: June 18, 2025        QUARLES & BRADY LLP

By:   */s/ Heather C. Davis*
CORRIE J. KLEKOWSKI
HEATHER C. DAVIS
Attorneys for Defendant THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (incorrectly sued as "CALIFORNIA STATE UNIVERSITY FULLERTON") and DAVID FORGUES