CORRIE J. KLEKOWSKI (SBN 251338)
corrie.klekowski@quarles.com
HEATHER C. DAVIS (SBN 307850)
heather.davis@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (incorrectly sued as "CALIFORNIA STATE UNIVERSITY FULLERTON") and DAVID FORGUES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATIE CAPPUCCIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA STATE UNIVERSITY, FULLERTON, and DAVID FORGUES, in his individual capacity and office capacity as Vice President of Human Resources,<br><br>　　　　Defendants. | Case No. 8:23-cv-02026-FWS-DFM<br><br>**CSU'S REQUEST FOR JUDICIAL NOTICE OF PUBLIC HEALTH ORDERS FOR TRIAL**<br><br>Pretrial Conf.:　July 17, 2025<br>Time:　　　　　8:30 a.m.<br>Trial　　　　　　August 19, 2025<br><br>Judge:　　　　　Hon. Fred W. Slaughter<br>Crtrm.:　　　　　Santa Ana, 10D<br>Magistrate:　　　Douglas F. McCormick<br>Crtrm:　　　　　Santa Ana, 6B<br><br>**EXEMPT FROM FEES<br>GOVT. CODE § 6103** |

# REQUEST FOR JUDICIAL NOTICE

As provided by Federal Rule of Evidence 201, Defendant the Board of Trustees of the California State University ("CSU"), by and through its attorneys of record, hereby requests that the Court take judicial notice of the following matters of public record for purposes of trial:

**Trial Exhibit 59** – California Department of Public Health State Public Health Officer Order dated September 13, 2021 Re Health Care Worker Protections in High-Risk Settings. (CSU 001917-001924) (Declaration of Heather C. Davis ("Davis Decl.") 1:8-17; Ex. 59).

**Trial Exhibit 99** - California Code of Regulations, Title 8, Section 3205, COVID-19 Prevention dated June 17, 2021 (Cal OSHA Emergency Temporary Standards. (CSU 001994-002004) (Davis Decl. 1:17-26; Ex. 99).

# POINTS AND AUTHORITIES

The Court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably by questioned." Fed. R. Evid. 201(b). "The Court . . . must take judicial notice if a party requests it and the court is supplied with the necessary information." *Id.* 201(c)(2). The Court has authority to take judicial notice of facts at trial. Fed. R. Evid. 201 (d) ("Timing. The court may take judicial notice at any stage of the proceeding.")

State public health orders are the proper subject of judicial notice. *Calm Ventures LLC v. Newsom*, 548 F.Supp.3d 966, 974 (C.D. Cal. 2021) (taking judicial notice of multiple Covid-19 public health orders and notices). The Court in *Calm Ventures LLC*, took judicial notice of similar California Covid-19 public health orders finding them to be matters of public record. *Id.* The Court may do the same here with respect to Exhibit 59 (The July 2021 Department of Public Health Order) and Exhibit 99 (Cal OSHA Emergency Temporary Standards). Both Exhibits are

matters of public record and are readily and publicly available online on official California government websites.  (Davis Decl. 1:8-26)

For these reasons, CSU respectfully asks the Court to take judicial notice of Trial Exhibits 59 and 99 for the purposes of trial, and to allow CSU to offer an appropriate jury instruction regarding these facts.

Dated:  June 18, 2025         QUARLES & BRADY LLP

By:     */s/ Heather C. Davis*
CORRIE J. KLEKOWSKI
HEATHER C. DAVIS
Attorneys for Defendant THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (incorrectly sued as "CALIFORNIA STATE UNIVERSITY FULLERTON") and DAVID FORGUES