CORRIE J. KLEKOWSKI (SBN 251338)
corrie.klekowski@quarles.com
HEATHER C. DAVIS (SBN 307850)
heather.davis@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (incorrectly sued as "CALIFORNIA STATE UNIVERSITY FULLERTON") and DAVID FORGUES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATIE CAPPUCCIO,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE UNIVERSITY, FULLERTON, and DAVID FORGUES, in his individual capacity and office capacity as Vice President of Human Resources,<br><br>        Defendants. | Case No. 8:23-cv-02026-FWS-DFM<br><br>**DECLARATION OF HEATHER C. DAVIS IN SUPPORT OF CSU'S REQUEST FOR JUDICIAL NOTICE OF PUBLIC HEALTH ORDERS FOR TRIAL**<br><br>Pretrial Conf.: July 17, 2025<br>Time:           8:30 a.m.<br>Trial           August 19, 2025<br><br>Judge:       Hon. Fred W. Slaughter<br>Crtrm.:      Santa Ana, 10D<br>Magistrate:  Douglas F. McCormick<br>Crtrm:       Santa Ana, 6B<br><br>EXEMPT FROM FEES<br>GOVT. CODE § 6103 |

---

DECLARATION OF HEATHER C. DAVIS IN SUPPORT OF CSU'S REQUEST FOR JUDICIAL NOTICE OF PUBLIC HEALTH ORDERS FOR TRIAL

I, Heather C. Davis, declare as follows:

1. I am an attorney with Quarles & Brady LLP, attorneys of record for Defendant THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (incorrectly sued as "CALIFORNIA STATE UNIVERSITY FULLERTON") and DAVID FORGUES in the above-entitled matter, and am licensed to practice before this Court. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. In or about January 2025, my office accessed the California Department of Public Health governmental website and viewed the State Public Health Officer Order of September 13, 2022. The September 13, 2022 order contained State Public Health Officer Order July 26, 2021. The September 13, 2022 Order was found at the following web addresses:

- https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/COVID-19/Order-of-the-State-Public-Health-Officer-Unvaccinated-Workers-In-High-Risk-Settings.aspx

My office downloaded the September 13, 2022 Orders at that time. A true and correct copy is attached hereto as **Trial Exhibit 59**.

3. In or about February 2025, my office also accessed the California Department of Industrial Relations governmental website and viewed California Code of Regulations, Title 8, Section 3205. Covid-19 Prevention effective on June 17, 2021 (the Cal OSHA Emergency Temporary Standards), which was found at the following web address:

- https://www.dir.ca.gov/dosh/.archive/title8/3205-Jun.17.2021.html

My office downloaded the June 17, 2021 Cal OSHA Emergency Temporary Standards at that time. A true and correct copy is attached hereto as **Trial Exhibit 99**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | Executed on this 18th day of June, 2025, at San Diego, California.
2 |
3 |                                              */s/ Heather C. Davis*
4 |                                              Heather C. Davis

DECLARATION OF HEATHER C. DAVIS IN SUPPORT OF CSU'S REQUEST FOR JUDICIAL NOTICE OF PUBLIC HEALTH ORDERS FOR TRIAL