NICOLE C. PEARSON (SBN 265350)
nicole@FLTJllp.com
**FACTS LAW TRUTH JUSTICE, A.P.C.**
5319 University Drive, Ste. 503
Irvine, CA 92612
Telephone: (949) 200 9170
Attorneys for Plaintiff Katie Cappuccio

CORRIE J. KLEKOWSKI (SBN 251338)
corrie.klekowski@quarles.com
HEATHER C. DAVIS (SBN 307850)
heather.davis@quarles.com
**QUARLES & BRADY LLP**
101 West Broadway, Suite 1500
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants THE BOARD
OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY (incorrectly sued
as "CALIFORNIA STATE UNIVERSITY
FULLERTON") and DAVID FORGUES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATIE CAPPUCCIO,<br><br>      Plaintiff,<br><br>      v.<br><br>CALIFORNIA STATE UNIVERSITY, FULLERTON, and DAVID FORGUES, in his individual capacity and office capacity as Vice President of Human Resources,<br><br>      Defendants. | Case No. 8:23-cv-02026-FWS-DFM<br><br>**JOINT STATEMENT OF THE CASE**<br><br>Judge:      Hon. Fred W. Slaughter<br>Crtrm.:     Santa Ana, 10D<br>Magistrate: Douglas F. McCormick<br>Crtrm:      Santa Ana, 6B<br><br>Crtrm.:     July 17, 2025<br>Time:       8:30 a.m.<br>Crtrm.:     10D<br><br>Trial:        August 19, 2025 |

Plaintiff KATIE CAPPUCCIO ("Ms. Cappuccio" or "Plaintiff") and Defendant THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY (incorrectly sued as "CALIFORNIA STATE UNIVERSITY FULLERTON") ("CSU" or "Defendant") hereby submit the following Joint Statement of the Case:

The Plaintiff Katie Cappuccio was employed by CSU as a Police Officer assigned to the CSU Fullerton Police Department. In June 2021 CSU implemented a Covid-19 Testing Policy that required all unvaccinated employees to be tested for Covid-19 weekly beginning in August 2021. Ms. Cappuccio asserts that she could not conduct be tested for Covid-19 because her religion prevented her from taking medical tests, including Covid-19 tests, unless she was sick. Ms. Cappuccio asserts that CSU failed to accommodate her religion by refusing to offer religious exemptions, discuss possible accommodations, or grant her a religious exemption or accommodation to its Testing Policy. Ms. Cappuccio also asserts that CSU could have accommodated her religious beliefs without incurring substantial costs to its operations.

CSU denies Ms. Cappuccio's accommodation claims. CSU asserts that a Public Health Order was in effect that required certain unvaccinated employees, like Ms. Cappuccio, to test weekly for Covid-19. CSU asserts that it was not required to grant Ms. Cappuccio an accommodation from Covid-19 testing that would have violated the Public Health Order. CSU also asserts that Ms. Cappuccio's alleged religious beliefs are not sincere, and that Ms. Cappuccio did not timely tell CSU about any religious issue she had with testing. CSU alleges that it terminated Ms. Cappuccio's employment when she refused to comply with the Public Health Order and ignored communications with her superior officer about it.

/ / /

/ / /

/ / /

1
**JOINT STATEMENT OF THE CASE**

1  Dated: June 26, 2025                    FACTS LAW TRUTH JUSTICE, A.P.C.

2

3                                          By: _____/s/ Nicole C. Pearson_____
                                                NICOLE C. PEARSON
4                                               Attorneys for Plaintiff Katie Cappuccio

5
   Dated: June 26, 2025                    QUARLES & BRADY LLP
6

7                                          By: _____/s/ Heather C. Davis_____
                                                CORRIE J. KLEKOWSKI
8                                               HEATHER C. DAVIS
                                                Attorneys for Defendants THE BOARD OF
9                                               TRUSTEES OF THE CALIFORNIA
                                                STATE UNIVERSITY (incorrectly sued as
10                                              "CALIFORNIA STATE UNIVERSITY
                                                FULLERTON") and DAVID FORGUES
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **SIGNATURE CERTIFICATION**

2        Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby certify that the content of this

3  document is acceptable to Nicole Pearson, counsel for Plaintiff Katie Cappuccio,

4  and that my office has obtained Ms. Pearson's authorization to affix her electronic

5  signature to this document.

6

7  Dated:  June 26, 2025              QUARLES & BRADY LLP

8

9                                 By:      */s/ Heather C. Davis*

10                                      CORRIE J. KLEKOWSKI
                                         HEATHER C. DAVIS
11                                      Attorneys for Defendants THE BOARD OF
                                         TRUSTEES OF THE CALIFORNIA
12                                      STATE UNIVERSITY (incorrectly sued as
                                         "CALIFORNIA STATE UNIVERSITY
13                                      FULLERTON") and DAVID FORGUES

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28