NICOLE C. PEARSON (SBN 265350)
**FACTS LAW TRUTH JUSTICE ,APC**
5319 University Drive #503
Irvine, CA 92612
Telephone: (949) 200-9170
nicole@FLTJllp.com

Attorney for Plaintiff KATIE CAPPUCCIO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| KATIE CAPPUCCIO, | Case No. 8:23-cv-02026-FWS-DFM |
|---|---|
| Plaintiff, | **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE; DECLARATION OF NICOLE C. PEARSON IN SUPPORT** |
| v. | |
| CALIFORNIA STATE UNIVERSITY, FULLERTON, and DAVID FORGUES, in his individual capacity and office capacity as Vice President of Human Resources, | Judge: Hon. Fred W. Slaughter<br>Crtrm.: Santa Ana, 10D<br>Magistrate: Douglas F. McCormick<br>Crtrm: Santa Ana, 6B |
| Defendants. | Trial: August 19, 2025<br>Time: 8:00 a.m. |

## REQUEST FOR JUDICIAL NOTICE

As provided by Federal Rule of Evidence 201, and in connection with trial, Plaintiff KATIE CAPPUCCIO, by and through her attorneys of record, hereby requests that the Court take judicial notice of the following U.S. Equal Employment Opportunity Commission ("EEOC") publications:

**Exhibit A:** U.S. Equal Employment Opportunity Commission "Title VII of the Civil Rights Act of 1964," https://www.eeoc.gov/statutes/title-vii-civil-rights-act-1964 [downloaded August 14, 2025].

---

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

**Exhibit B:** U.S. Equal Employment Opportunity Commission "Section 12: Religious Discrimination," https://www.eeoc.gov/laws/guidance/section-12-religious-discrimination#h_95936825968216107486470776 [downloaded August 14, 2025].

**Exhibit C:** U.S. Equal Employment Opportunity Commission "Remedies: Religious Discrimination," https://www.eeoc.gov/remedies-employment-discrimination [downloaded August 14, 2025].

**Exhibit D:** U.S. Equal Employment Opportunity Commission "Fact Sheet: Religious Accommodations in the Workplace," https://www.eeoc.gov/fact-sheet-religious-accommodations-workplace [downloaded August 14, 2025

**POINTS AND AUTHORITIES**

The Court **may** take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably by questioned." (Fed. R. Ev. 201(b)). "The Court . . . **must** take judicial notice if a party requests it and the court is supplied with the necessary information." (*Id*. 201(c)(2) [emphasis added]).

Under Rule 201, the court can judicially notice "[o]fficial acts of the legislative, executive, and judicial departments of the United States," and "[f]acts and propositions that are not reasonably subject to dispute and are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy." Federal courts have held that "judicial notice is appropriate for records and reports of administrative bodies," including from the EEOC. (*See e.g. Gonzales v. Marriott Int'l, Inc.* 142 F.Supp.3d 961, 968 (C.D. Cal. 2015) [citing *U.S. v. 14.02 Acres of Land More or Less in Fresno County,* 547 F.3d 943, 955 (9th Cir.2008) (citations omitted); *Interstate Natural Gas Co. v. So. Calif. Gas Co.,* 209 F.2d 380, 385 (9th Cir.1953))]). Additionally, this district has held that websites and their contents are proper subjects for judicial notice. (*Minor v. FedEx,* 78 F.Supp.3d 1021, 1027 (N.D. Cal. 2015); *Wible v. Aetna Life Ins. Co.,* 375 F.Supp.2d 956, 965-66 (C.D. Cal. 2005); *Caldwell v. Caldwell,* No. C 05-4166 PJH, 2006 WL 618511 at *4 (N.D. Cal. Mar. 13, 2006)).

**Exhibits A through D** are located on the official website of the EEOC. (Pearson Decl., ¶¶2-5). They are official publications by an official federal government agency, and the one that is specifically charged with receiving, interpreting, enforcing, and advising on federal employment laws, specifically, here, Title VII of the Civil Rights Act of 1964. The contents of **Exhibits A through D** are generally known within this Court's territorial jurisdiction, and can accurately and readily be determined from sources whose accuracy cannot be reasonably questioned, namely other government agency reports, orders, and guidance, legal reports, and journals. (Fed. R. Ev. 201(a)(1), (2)). The contents of the EEOC Guidance in **Exhibits A through D** can also readily be determined. (Pearson Decl., ¶¶3-5).

Defendant CALIFORNIA STATE UNIVERSITY has also had the opportunity to review and object to **Exhibits A through D**, and is receiving timely notice of this request.

For these reasons, Ms. Cappuccio respectfully asks the Court to take judicial notice of **Exhibits A through D** for the purpose of trial, and allow her to draw jury instructions from them.

Dated: August 14, 2025

By: _____
NICOLE PEARSON
Attorney for Plaintiff KATIE CAPPUCCIO

# DECLARATION OF NICOLE C. PEARSON

I Nicole C. Pearson declare as follows:

1. I am an attorney licensed to practice before this court, and Partner at FACTS LAW TRUTH JUSTICE, APC, counsel of record for Plaintiff KATIE CAPPUCCIO. I submit this Declaration in support of Ms. Cappuccio's Request for Judicial Notice ("RJN") in preparation for trial. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. On August 14, 2025 I accessed the U.S. Equal Employment Opportunity Commission ("EEOC") website and reviewed its guidance titled "Title VII of the Civil Rights Act of 1964," which is located at https://www.eeoc.gov/statutes/title-vii-civil-rights-act-1964 and downloaded it. A true and correct copy is attached hereto as **Exhibit "A."**

3. On August 14, 2025 I accessed the EEOC website and reviewed its guidance titled "Section 12: Religious Discrimination," which is located at https://www.eeoc. gov/laws/guidance/section-12-religious-discrimination - h_95936 82596821610748647076 and downloaded it. A true and correct copy is attached hereto as **Exhibit "B."**

4. On August 14, 2025 I accessed the EEOC website and reviewed its guidance titled "Remedies: Religious Discrimination," which is located at https://www.eeoc.gov/remedies-employment-discrimination and downloaded it. A true and correct copy is attached hereto as **Exhibit "C."**

5. On August 14, 2025 I accessed the EEOC website and reviewed its guidance titled "Fact Sheet: Religious Accommodations in the Workplace," which is located https://www.eeoc.gov/fact-sheet-religious-accommodations-workplace and downloaded it. A true and correct copy is attached hereto as **Exhibit "D."**

///

///

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of August, 2025, in Newport Beach, California.

_____
Nicole C. Pearson

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, a copy of the foregoing document, filed through the ECF system, will be served on all parties as provided by the Notice of Electronic Filing (NEF).

                                        */s/ Nicole C. Pearson*
                                        NICOLE C. PEARSON

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**