UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 23-02026-FWS (DFMx) | Date | August 14, 2025 |
|---|---|---|---|
| Title | Katie Cappuccio v. California State University, Fullerton | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | C/S - 08/14/2025 |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Nicole Pearson                                                      Heather Davis
                                                                              Corrie Klekowski

**PROCEEDINGS:    PRETRIAL CONFERENCE**

Case called and counsel state their appearances.   Pretrial Conference hearing held.

The trial set for **August 19, 2025, at 8:00 a.m.** remains as previously set.

The Court and counsel discuss various trial related matters as stated on the record.

For the reasons stated on the record, an additional pretrial conference is set for **August 18, 2025, at 10:00 a.m.**

Revised jury instructions due no later than 9:00 a.m., on August 18, 2025.

                                                                                            2   :   02

                                                    Initials of Deputy Clerk   rrp

cc: