**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KATIE CAPPUCCIO,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE UNIVERSITY, FULLERTON, and DAVID FORGUES, in his individual capacity and office capacity as Vice President of Human Resources,<br><br>Defendants. | Case No. 8:23-cv-02026-FWS-DFM<br><br>**JUDGMENT** |

///

///

///

Plaintiff Katie Cappuccio alleged the following five causes of action against California State University, Fullerton ("CSU") and/or David Forgues in this action:

1. Disparate treatment/failure to accommodate religion under Title VII (against CSU and Forgues);
2. Disparate impact religious discrimination under Title VII (against CSU);
3. Failure to accommodate religion under the FEHA (against CSU);
4. Violation of the First Amendment under Section 1983 (against CSU and Forgues); and
5. Violation of the California Constitution, Article I, Section 4.

(Dkts. 1 ("Complaint"); 17 ("Amended Complaint").)

In February 2024, Plaintiff filed an Amended Complaint, withdrawing her fifth claim for state constitutional violations. (*See generally* Amended Complaint.)

In March 2024, Plaintiff withdrew her fourth claim against CSU for Section 1983 violations. (Dkt. 24 at 6 n.1.)

On December 5, 2024, the court granted Forgues's Motion to Dismiss the section 1983 claim asserted against him without leave to amend. (Dkt. 59 at 14.) The court also found that "the first cause of action for disparate treatment and failure to accommodate under Title VII [was] brought solely against CSU." (*Id.* at 2 n.3.) The court dismissed Forgues because no claims against him remained. (*Id.* at 15.)

On March 28, 2025, the court partially granted CSU's Motion for Summary Judgment on Plaintiff's second cause of action for disparate impact discrimination. (Dkt. 92 at 18-19.)

Following the ruling on CSU's Motion for Summary Judgment, only two claims remained for trial – Plaintiff's first cause of action against CSU for failure to accommodate religion under Title VII and Plaintiff's third cause of action against CSU for failure to accommodate religion under the FEHA. (*See* Dkt. 151.)

This action was tried between September 15 and 19, 2025, as to the first cause

of action for failure to accommodate religion under Title VII and third cause of action for failure to accommodate religion under the FEHA in the Amended Complaint as against CSU. On September 19, 2025, the jury returned a verdict in favor of CSU on both Plaintiff's first cause of action for failure to accommodate religion under Title VII and third cause of action for failure to accommodate religion under the FEHA. (*See* Dkts. 229, 235.)

Based upon the jury's verdict and the court's prior rulings described herein, it is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment in this matter is entered in favor of Defendants the Board of Trustees of the California State University (sued as California State University, Fullerton) and David Forgues, and against Plaintiff Katie Cappuccio, and further **ORDERED, ADJUDGED AND DECREED** that Plaintiff Katie Cappuccio take nothing by way of her Complaint nor her Amended Complaint, both of which are hereby dismissed.

The parties may file any post-trial motions and/or memorandum of costs in accordance with the Federal Rules of Civil Procedure, the Local Rules, and applicable law.

The Clerk is instructed to enter this Judgment and to give notice of entry to the parties.

Dated: October 8, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE